# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00109-CV

## In re G. P.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Based on the record before us, we deny the amended petition for writ of mandamus. *See* Tex. R. App. P. 52.7, 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed: March 18, 2022